State of Kansas.   December 2, 1909.   Dismissed with costs, pursuant to the tenth rule.   *Mr. C. A. Magaw* for plaintiff in error.   *Mr. Fred S. Jackson* for defendant in error.

———

No. 444. HENRY C. KING, PLAINTIFF IN ERROR, *v.* THE STATE OF WEST VIRGINIA ET AL.   In error to the Supreme Court of Appeals of the State of West Virginia.   December 14, 1909.   Dismissed with costs, pursuant to the tenth rule.   *Mr. Maynard F. Stiles* and *Mr. John G. Carlisle* for plaintiff in error.   *Mr. John F. Dillon, Mr. Harry Hubbard, Mr. Edward C. Lyon, Mr. William G. Conley, Mr. John A. Sheppard, Mr. C. W. Campbell, Mr. Wells Goodykoontz, Mr. D. J. F. Strother* and *Mr. L. C. Anderson* for defendants in error.

———

No. 227. ATLANTIC COAST LINE RAILROAD COMPANY, PLAINTIFF IN ERROR, *v.* W. C. GERATY.   In error to the Supreme Court of the State of South Carolina.   December 20, 1909.   Dismissed with costs, on motion of *Mr. Frederic D. McKenney* of counsel for plaintiff in error.   *Mr. Frederic D. McKenney* and *Mr. P. A. Willcox* for plaintiff in error.   No appearance for defendant in error.

———

No. 539. THE UNITED STATES, PLAINTIFF IN ERROR, *v.* AMERICAN BONDING COMPANY OF BALTIMORE.   In error to the United States Circuit Court of Appeals for the Ninth Circuit.   January 3, 1910.   Dismissed on motion of *Mr. Solicitor General Bowers* for plaintiff in error.   *The Attorney General* and *The Solicitor General* for plaintiff in error.   No appearance for defendant in error.